IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: FORD MOTOR CO. PANTHER PLATFORM/FUEL TANK DESIGN PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | CASE NO.: 1: 02 CV 15007<br><br>MDL Docket No. 1488<br><br>JUDGE NUGENT<br><br>DISMISSAL ORDER |

Mr. Donald Morehouse has moved the Court to accept his voluntary dismissal without prejudice of all claims in Case number 1:02 CV 15007, pursuant to Fed. R. Civ. P. 41(a)(1). Defendants have stipulated to the voluntary dismissal without prejudice. The claims of Mr. Morehouse, in the above captioned case, are therefore dismissed without prejudice and each party shall bear its own fees, costs and expenses. Further, as none of the concerns of Fed. R. Civ. P. 23(e) are implicated (i.e., no class has yet been certified, the dismissal would not impair the rights of any putative class members, and there has been no settlement of this litigation) notice to all putative class members is not required. IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: January 23, 2004